### J. & S. Watson v. John Delafield.

ON a motion for a commission, *Pendleton* objected, because notice of the application had not been given.

*Hoffman.* The decision, making it necessary, was pronounced only yesterday, and this is the last day of term.

*Per Curiam.* That would have afforded a suffi-cient reason for not giving the regular notice, but no-tice is requisite in all cases. Take nothing by your motion.